# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL NO. 2:06CV23

| | |
|---|---|
| STEPHEN MALLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> VA MEDICAL CENTER, ) <br> ) <br> Defendant. ) <br> ) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court *sua sponte* to dismiss the action.

On September 19, 2006, the Court denied the Plaintiff's application to proceed without the prepayment of fees and directed that such payment be made on or before 30 days from entry of the Order. Plaintiff has failed to pay the required fees.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED**.

Signed: October 25, 2006

Lacy H. Thornburg
United States District Judge